UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PKGX INC. f/k/a TEA. INC., <br><br>                              Plaintiff, <br><br>                   v. <br><br> TIMOTHY LEWIS, <br><br>                              Defendant. | 23 Civ. 5481 (DEH) <br><br> **ORDER** |

DALE E. HO, United States District Judge:

On **April 30, 2024,** the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for **May 7, 2024,** at **10:00 a.m. EST**. ECF No. 32.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED.**  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: May 1, 2024
       New York, New York

_____
DALE E. HO
United States District Judge