UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PKGX INC. F/K/A TEA. INC., <br><br>                Plaintiff, <br><br>      v. <br><br>TIMOTHY LEWIS, <br><br>                Defendant. | 23-CV-5481 (DEH) <br><br>ORDER |

DALE E. HO, United States District Judge:

On September 3, 2024, Plaintiff's counsel filed a motion to withdraw, *see* ECF No. 41, given Defendant Timothy Lewis has "regained employment as PKGX's CEO." ECF No. 42. The Court will conduct a conference on **September 10, 2024, at 11:00 a.m. ET**. **All counsel and parties**, including Defendant and corporate Plaintiff through a representative, shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 877 695 071, followed by the pound sign (#).

SO ORDERED.

Dated: September 5, 2024
       New York, New York

                                                    DALE E. HO
                                          United States District Judge