UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PKGX INC. f/k/a TEA. INC.,<br><br>              Plaintiff,<br><br>       v.<br><br>TIMOTHY LEWIS,<br><br>              Defendant. | 23-CV-5481 (DEH)<br><br>**<u>ORDER</u>** |

DALE E. HO, United States District Judge:

On September 3, 2024, Plaintiff's counsel filed a motion to withdraw, *see* ECF No. 41, given Defendant Timothy Lewis has "regained employment as PKGX's CEO." ECF No. 42. The Court held a conference on September 10, 2024. For the reasons stated at the conference, new counsel for Plaintiff, PKGX INC. f/k/a TEA. INC., shall file a notice of appearance by **September 24, 2024**. By **October 1, 2024**, the parties shall file a joint status letter.

SO ORDERED.

Dated: September 10, 2024
       New York, New York

_____
DALE E. HO
United States District Judge